**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD ROMNEY,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>CITY OF LOS ANGELES,<br><br>   Defendant - Appellant. | No. 11-55137<br><br>D.C. No. 2:09-cv-03048-VBF-PLA<br>Central District of California, Los Angeles |
| RICHARD ROMNEY,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>CITY OF LOS ANGELES,<br><br>   Defendant - Appellee. | No. 11-55221<br><br>D.C. No. 2:09-cv-03048-VBF-PLA<br>Central District of California, Los Angeles<br><br>ORDER |

  Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation